GERMAN–AMERICAN BUTTON CO., respt., v. Charles C. GORHAM and Rochester

Button Co., applts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Order affirmed with $10 costs and disbursements. Held: The merits of this action are not here. A case was made in the Special Term calling for the exercise of discretion in granting the temporary injunction and the same should not be disturbed during the pendency of the action. All concur.